UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| ABBY GAIL LOCKLEAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:10-CV-121-FL |
| | ) | |
| KENNETH SEALEY, Sheriff of Robeson | ) | |
| County, North Carolina and ROBESON | ) | |
| COUNTY, NORTH CAROLINA, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 22, 2012, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted as to all claims.  The amended complaint is dismissed and the plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 23, 2012, and Copies To:**

Julius LeVonne Chambers (via CM/ECF Notice of Electronic Filing)
William L. Hill (via CM/ECF Notice of Electronic Filing)
James D. Secor, III (via CM/ECF Notice of Electronic Filing)

May 23, 2012                          JULIE A. RICHARDS, CLERK
                                       /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk